[No. 12046–8–I.   Division One.   December 17, 1984.]

THE CITY OF SEATTLE, *Respondent,* v. JOIE GUMAER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00129–1, Stephen R. Schaefer, J. Pro Tem., entered June 30, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Coleman, JJ.

[No. 12167–7–I.   Division One.   December 17, 1984.]

GOLF LANDSCAPING, INC., *Respondent,* v. CENTURY CONSTRUCTION COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–02295–2, David W. Soukup, J., entered August 23, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Durham, C.J., concurred in by Callow and Scholfield, JJ. Now published at 39 Wn. App. 895.

[No. 13628–3–I.   Division One.   December 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND A. HYDE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03885–3, Frank H. Roberts, Jr., J., entered July 20, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Ringold and Scholfield, JJ.